UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEDQUEST LTD.,

                Plaintiff,

     v.

CHRISTINE ROSA, CAROLYN FINK, and
TRIMERITUS GROUP LLC,

                Defendants.

**ORDER**

21 Civ. 5307 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        In this action, Plaintiff MedQuest asserts claims for violations of the Defendant Trade Secrets Act, breach of fiduciary duty, and unfair competition against Defendants Christine Rosa, Carolyn Fink, and Trimeritus Group.  (Am. Cmplt. (Dkt. No. 12))

        Defendants moved to dismiss under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.  (Def. Mot. (Dkt. No. 39); Def. Br. (Dkt. No. 40))

        In a March 20, 2023 order, this Court granted Defendants' motion to dismiss for failure to state a claim, and directed Plaintiffs to file any motion for leave to file a Second Amended Complaint by March 31, 2023.  (Jan. 19, 2023 Order (Dkt. No. 44) at 16-17)  No motion or any other submission has been filed since this Court's Order.

Accordingly, the Clerk of Court is directed to close this case.

Dated: New York, New York

April 4, 2023

SO ORDERED.

_Paul S. Gardephe_

Paul G. Gardephe
United States District Judge